IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**PHILLIP MORGAN**

      **Plaintiff,**

**v.**                                  **CV 02-PT-2630-M**

**BLUE CROSS BLUE SHIELD OF
ALABAMA**

      **Defendant.**

## MEMORANDUM OPINION

With regard to plaintiff's attorney fee claims, the court concludes that no such fees are allowable because, <u>inter alia</u>, there had not been an exhaustion of remedies before suit was filed.

**DONE** and **ORDERED** this the \_\_\_ day of May, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE